UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATONYA SCONIERS, *as Personal Representative of the Estate of Patrick P. Thomas*,

Plaintiff,

v.

HENRY FENRICK, *et al.*,

Defendants.
______________________________/

Case No. 4:24-cv-12425

Hon. F. Kay Behm
United States District Judge

**JUDGMENT**

In accordance with the Opinion and Order issued on September 10, 2026, the case is **DISMISSED without prejudice** as to Defendants Jindal, Janowiecki, Fry, Muzirman, Sprang, Hill, Bhavsar, and Coleman, and **DISMISSED with prejudice** as to the remainder of the Defendants.

**SO ORDERED.**

Date: September 10, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge