UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATONYA SCONIERS, *as Personal Representative of the Estate of Patrick P. Thomas*,

Plaintiff,

v.

HENRY FENRICK, *et al.*,

Defendants.
______________________________/

Case No. 4:24-cv-12425

Hon. F. Kay Behm
United States District Judge

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO REOPEN CASE AND EXTENDING TIME TO FILE NOTICE OF APPEAL (ECF No. 56)**

This matter is before the court on Plaintiff's *pro se* motion to reopen the case and for an extension of time to file a notice of appeal. (ECF No. 56). Plaintiff was previously represented by counsel. On September 10, 2026, the court entered an Opinion and Order adopting the Report and Recommendation of the Magistrate Judge, overruling Plaintiff's objections, and granting Defendants' motion to dismiss. (ECF No. 53). The court entered a judgment reflecting that decision on the same day. (ECF No. 54). Plaintiff filed this motion on October 7, 2026. (ECF No. 56)

A notice of appeal must generally be filed within 30 days after entry of the judgment appealed from. Fed. R. App. P. 4(a)(1)(A). The district court may

extend the time to file a notice of appeal if a party moves for an extension no later than 30 days after the prescribed in Rule 4(a) expires and the party shows excusable neglect or good cause. Fed. R. App. P. 4(a)(5)(A)(i)-(ii). Any such extension may not exceed 30 days after the prescribed time or 14 days after the date when the order granting the extension is entered, whichever is later. Fed. R. App. P. 4(a)(5)(C).

Plaintiff explains in her motion that she received the Opinion and Order and Judgment on October 2, 2026, along with a letter from her attorney indicating that he would not be seeking leave to appeal. (ECF No. 56, 56-1, PageID.997). Thus, she requests an extension of time to find a new attorney to pursue the appeal. The court finds that Plaintiff has shown good cause for seeking an extension of time and thus **GRANTS** Plaintiff's motion in that regard. Plaintiff has not offered any basis for the court to reopen her case, which is not necessary for her to file a notice of appeal. Accordingly, her motion is **DENIED** in this regard. Plaintiff's notice of appeal is due **November 6, 2026**, which is 30 days after the prescribed time to file the appeal expired.

**SO ORDERED**.

Date: October 19, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge